# United States Court of Appeals
## For the First Circuit

_____

No. 22-1151

ANDERSON ALPHONSE,

Petitioner - Appellant,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility,

Respondent - Appellee.
_____

Before

Thompson, Kayatta and Gelpí,
<u>Circuit Judges</u>.
_____

**JUDGMENT**

Entered: September 1, 2022

     The parties have filed a Joint Motion to Remand to District Court in light of the decision by the Board of Immigration Appeals to remand petitioner's case to the immigration judge for further consideration of his application for CAT deferral of removal. The motion is granted and the matter is remanded for proceedings consistent with the parties' Joint Motion.

                                           By the Court:

                                           Maria R. Hamilton, Clerk

cc:
Hon. F. Dennis Saylor
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Mary Patricia Holper
Anderson Alphonse
Donald Campbell Lockhart
Michael L. Fitzgerald

Courtney Elizabeth Moran
Irene C. Freidel
Matthew Levitt
Evan Michael Piercey
Lee Gelernt
Judy Rabinovitz
Daniel Louis McFadden
Adriana Lafaille
Matthew R Segal
Michael King Thomas Tan
Cody H. Wofsy
Philip L. Torrey
Tiffany J. Lieu